IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Julie Dynes              Date: November 21, 2013
Court Reporter:    Kara Spitler

Criminal Action No. 13-cr-00283-RBJ

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  James Boma

    Plaintiff,

v.

1.   ANTHONY ROSAS,                        Harvey Steinberg and Ariel Benjamin
2.   SERGIO JOSUE SOLANO, and              La Fonda Traore
3.   VALERIE MICHELLE LEMUS,               J. Christopher McKee

    Defendants.

COURTROOM MINUTES

**MOTIONS HEARING**

**Court in session:**     1:38 p.m.

Appearances of counsel.

Defendants are present on bond.

**ORDERED:**  [64] Motion to Disclose and Produce Brady (Exculpatory) Material is **MOOT**.

    [65] Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence is **MOOT**.

    [66] Request for Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. is **MOOT**.

    [67] Defendant's Motion for Production of Bruton and Rule 801(d)(2)(E)

        Materials and Motion for Pretrial James Determination of Admissibility of Alleged Co-Conspirator Statements is **DENIED,** with leave to refile.

        [68] Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment is **MOOT**.

        [69] Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment is **GRANTED**. Documents are to be produced on or before December 2, 2013.

        [70] Motion for Preservation of Recordings and Notes is **GRANTED**. Materials are to be produced on or before December 2, 2013.

        [71] Request for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rule 16(a)(1)(F) and (G), Fed.R.Crim.P. is **GRANTED**.

Plaintiff's witness, Task Force Officer Douglas Trainer, called and sworn.

| | |
|---|---|
| 1:50 p.m. | Direct examination of Task Force Officer Trainer by Mr. Boma. **Government's exhibit 2 is admitted.** |
| 2:00 p.m. | Cross examination of Task Force Officer Trainer by Mr. Steinberg. |
| 2:01 p.m. | Cross examintation of Task Force Officer Trainer by Ms. Traore. |
| 2:02 p.m. | Cross examintation of Task Force Officer Trainer by Mr. McKee. |

Plaintiff's witness, Special Agent, Stephen Babers, called and sworn.

| | |
|---|---|
| 2:05 p.m. | Direct examination of Special Agent Babers by Mr. Boma. **Government's exhibits 1 and 3are admitted.** |
| 2:21 p.m. | Cross examination of Special Agent Babers by Mr. Steinberg. |
| **2:25 p.m.** | **Court in recess.** |
| **2:39 p.m.** | **Court in session.** |
| 2:43 p.m. | Cross examination of Special Agent Babers regarding recently disclosed reports. |
| 2:49 p.m. | Cross examination of Special Agent Babers by Mr. McKee. |

**ORDERED:**  Defendants' request for continuance of a portion of the motions hearing based on recently disclosed reports is GRANTED. Remaining reports are to be disclosed on or before

Plaintiff's witness, Investigator Blake McClellan, called and sworn.

3:00 p.m.   Direct examination of Investigator McClellan by Mr. Boma.

3:07 p.m.   Cross examination of Investigator McClellan by Mr. Steinberg.

3:13 p.m.   Cross examination of Investigator McClellan by Ms. Traore.

3:16 p.m.   Cross examination of Investigator McClellan by Mr. McKee.

3:21 p.m.   Redirect examination of Investigator McClellan by Mr. Boma.

Plaintiff's witness, Deputy Travis Christiansen, called and sworn.

3:24 p.m.   Direct examination of Deputy Christiansen by Mr. Boma.

3:34 p.m.   Cross examination of Deputy Christiansen by Mr. Steinberg.

3:39 p.m.   Cross examination of Deputy Christiansen by Ms. Traore.

3:44 p.m.   Cross examination of Deputy Christiansen by Mr. McKee.

3:52 p.m.   Redirect examination of Deputy Christiansen by Mr. Boma.

**ORDERED:** Remainder of Motions Hearing continued to December 5, 2013, at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Defendants' bonds are continued.

**Court in recess:**   4:01 p.m.   Hearing concluded.   Total time:   02:09