IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00283-RBJ | Date: July 21, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: N/A | Probation: Kyla Hamilton |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)**<br><br>v.<br><br>1. ANTHONY ROSAS<br>**Defendant** | *Zachary Phillips*<br><br><br><br>*Harvey A. Steinberg*<br>*Ariel Z. Benjamin* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:** 8:30 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [181] Motion for a Variant Sentence is **GRANTED.**

[185] Government's Motion Regarding Acceptance of Responsibility is **GRANTED.**

[186] Motion to Dismiss Count Two of the Indictment as to Defendant Anthony Rosas is **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **120 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years.**

**ORDERED:** **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately, no fine imposed.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in California. and recommends that he be allowed to participate in a program for treatment of drug abuse.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  8:40 a.m.           Hearing concluded.           Total time:     00:10